SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
*Attorneys for Defendant Google Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE NICKELODEON CONSUMER PRIVACY LITIGATION | : : : : : : : | Civil Action No. 12-7829 (SRC)(CLW) MDL 2443<br><br>Hon. Stanley R. Chesler<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION**<br><br>(Electronically Filed Document) |

TO:   All Counsel of Record By ECF

PLEASE TAKE NOTICE that, on a date to be set by the Court, the undersigned attorneys for Defendant Google Inc. ("Google"), shall apply to the United States District Court for the District of New Jersey, Frank R. Lautenberg United States Post Office & Courthouse, P.O. Box 999, Newark, New Jersey 07101, for an Order permitting Colleen Bal and Michael H. Rubin of Wilson Sonsini Goodrich & Rosati P.C. in California to appear and participate *pro hac vice* in this matter on Google's behalf.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Google respectfully submits the Declarations of Jeffrey J. Greenbaum, Colleen Bal and Michael H. Rubin.

PLEASE TAKE FURTHER NOTICE that no brief is necessary because this motion is being made pursuant to *L.Civ.R.* 101.1(c) and is within the discretion of the Court.

                                        SILLS CUMMIS & GROSS P.C.
                                        One Riverfront Plaza
                                        Newark, New Jersey 07102-5400
                                        Telephone: (973) 643-7000
                                        Facsimile: (973) 643-6500
                                        jgreenbaum@sillscummis.com

                                        */s/  Jeffrey J. Greenbaum*
                                        JEFFREY J. GREENBAUM

Dated: August 13, 2013