| | |
|---|---|
| Stephen M. Orlofsky<br>BLANK ROME, LLP<br>301 Carnegie Center, 3rd Floor<br>Princeton, NJ 08540<br>(609) 750-7700<br>orlofsky@BlankRome.com | Bruce P. Keller<br>Jeffrey S. Jacobson<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br>bpkeller@debevoise.com<br>jsjacobs@debevoise.com |

*Attorneys for Defendant Viacom, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: NICKELODEON CONSUMER PRIVACY LITIGATION<br><br>This Document Relates To: ALL CASES | MDL No. 2443<br><br>No. 2:12-cv-07829-SRC-CLW<br><br>Oral Argument Requested<br><br>Return Date: April 21, 2014<br><br>**NOTICE OF MOTION** |

To:

| | |
|---|---|
| Barry R. Eichen<br>Eichen Crutchlow Zaslow<br>    & McElroy, LLP<br>40 Ethel Road<br>Edison, NJ 08817<br>(732) 777-0100<br>beichen@njadvocates.com<br>*Attorney for Plaintiffs CAF, CTF,*<br>*    MP, TP, and AV* | Mary D. Winter<br>Bartimus Frickleton Robertson<br>    & Gorny<br>715 Swifts Highway<br>Jefferson City, MO 65109<br>(573) 659-4454<br>marywinter@earthlink.net<br>*Attorney for Plaintiffs CAF, CTF,*<br>*    MP, TP, AV, and NJ* |

1

Douglas A. Campbell
Frederick Donald Rapone
Campbell & Levine LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
(412) 261-0310
fdr@camlev.com
*Attorneys for Plaintiff K.T.*

Edward D. Robertson, III
James P. Frickleton
Bartimus Frickleton Robertson
    & Gorny PC
11150 Overbrook Road
Suite 200
Leawood, KS 66211
(913) 266-2300
jimf@bflawfirm.com
krobertson@bflawfirm.com
*Attorneys for Plaintiff NJ*

Kevin P. Green
Mark C. Goldenberg
Goldenberg Heller Antognoli & Rowland, P.C.
2227 South Route 157
P.O. Box 959
Edwardsville, IL 62025
(618) 656-5150
kevin@ghalaw.com
*Attorneys for Plaintiff T.M.*

Tonia O. Klausner
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 497-7706
tklausner@wsgr.com
*Attorney for Defendant Google, Inc.*

Andrew Lyskowski
Bergmanis Law Firm, LLC
380 W Hwy 54, Suite 201
P.O. Box 229
Camdenton, MO 65020
(573) 346-2111
*Attorney for Plaintiff NJ*

Adam Q Voyles
Lubel Voyles LLP
5020 Montrose Blvd., Ste 800
Houston, TX 77006
(713) 284-5200
*Attorney for Plaintiff Stephanie Fryar*

Jeffrey J. Greenbaum
Joshua N. Howley
Sills Cummis & Gross, P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(673) 643-7000
jgreenbaum@sillscummis.com
jhowley@sillscummis.com
*Attorneys for Defendant Google, Inc.*

**PLEASE TAKE NOTICE** that, on April 21, 2014, or as soon thereafter as counsel may

be heard, Defendant Viacom, Inc., by and through its attorneys Debevoise & Plimpton LLP and

Blank Rome LLP, will move before the Honorable Stanley R. Chesler, United States District

2

Judge, for an Order granting Defendant's Motion to Dismiss the Master Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and for such other relief as the Court may award.

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, Defendant relies upon the arguments presented in the Memorandum of Law in Support of Defendant Viacom Inc.'s Motion to Dismiss the Master Consolidated Class Action Complaint, the Declaration of Kristin L. Bryan, executed on January 12, 2014, the pleadings of the record, and oral argument, which is specifically requested. Also submitted herewith for the Court's consideration is a proposed form of Order.

DATED: January 15, 2014

DEBEVOISE & PLIMPTON LLP

By:   /s/ Bruce P. Keller

Stephen M. Orlofsky
BLANK, ROME, LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700
orlofsky@blankrome.com

Bruce P. Keller
Jeffrey S. Jacobson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
bpkeller@debevoise.com
jsjacobs@debevoise.com

*Attorneys for Defendant Viacom, Inc.*