**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

**WILSON SONSINI GOODRICH & ROSATI P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2200
Facsimile: (415) 947-2099

*Attorneys for Defendant Google Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE NICKELODEON CONSUMER PRIVACY LITIGATION | : : : : : : : : : : | Civil Action No. 12-7829 (SRC)(CLW)<br><br>Honorable Stanley R. Chesler<br><br>**NOTICE OF MOTION OF DEFENDANT GOOGLE INC. TO DISMISS PLAINTIFFS' MASTER CONSOLIDATED CLASS ACTION COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |
| This Document Relates to:<br>**All Actions** | | |

TO:   Barry R. Eichen, Esq.
      Daryl L. Zaslow, Esq.
      EICHEN CRUTCHLOW ZASLOW & MCELROY, LLP
      40 Ethel Road
      Edison, New Jersey  08817

      Edward D. Robertson III, Esq.
      James P. Frickleton, Esq.
      BARTIMUS, FRICKLETON, ROBERTSON & GORNY P.C.
      11150 Overbrook Road, Suite 200
      Leawood, Kansas  66211

      *Interim Co-Lead Counsel for the Putative Class*

COUNSEL:

PLEASE TAKE NOTICE that pursuant to the October 9, 2013 letter that was So Ordered by the Hon. Cathy L. Waldor, U.S.M.J., Defendant Google Inc., by and through its undersigned attorneys, will move on April 14, 2014, at 10:00 a.m., or at such other date and time as may be set by the Court, before the Hon. Stanley R. Chesler, U.S.D.J., United States District Court, District of New Jersey, Frank R. Lautenberg Post Office & Courthouse, 2 Federal Square, Newark, New Jersey 07101, for an Order, pursuant to the Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing Plaintiffs' Master Consolidated Class Action Complaint with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of its motion, Defendant Google Inc. will rely upon the accompanying Brief.  A proposed form of Order is also being submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendant Google Inc. hereby requests oral argument.

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey  07102-5400
(973) 643-7000

By: /s/ *Jeffrey J. Greenbaum*
    Jeffrey J. Greenbaum
    jgreenbaum@sillscummis.com

Colleen Bal, Esq. (admitted *pro hac vice*)
Michael Rubin, Esq. (admitted *pro hac vice*)
cbal@wsgr.com
mrubin@wsgr.com
**WILSON SONSINI GOODRICH &
  ROSATI P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
(415) 947-2200

*Attorneys for Defendant Google Inc.*

Dated:  January 15, 2014

2