**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

**WILSON SONSINI GOODRICH & ROSATI P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2200
Facsimile: (415) 947-2099

*Attorneys for Defendant Google Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE NICKELODEON CONSUMER PRIVACY LITIGATION | : : : : : : : : : | Civil Action No. 12-7829 (SRC)(CLW)<br><br>Honorable Stanley R. Chesler<br><br>**DEFENDANT GOOGLE INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |
| This Document Relates to:<br>**All Actions** | | |

Pursuant to Fed R. Civ. P. 7.1, Google Inc. certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey  07102-5400
(973) 643-7000

By: /s/ *Jeffrey J. Greenbaum*
　　Jeffrey J. Greenbaum
　　jgreenbaum@sillscummis.com

        Colleen Bal, Esq. (admitted *pro hac vice*)
        Michael Rubin, Esq. (admitted *pro hac vice*)
        cbal@wsgr.com
        mrubin@wsgr.com
        **WILSON SONSINI GOODRICH &**
          **ROSATI P.C.**
        One Market Plaza
        Spear Tower, Suite 3300
        San Francisco, California  94105
        (415) 947-2200

        *Attorneys for Defendant Google Inc.*

Dated:  January 16, 2014

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2014, Defendant Google Inc.'s Fed. R. Civ. P. 7.1 Disclosure Statement was electronically filed with the Court and served on the following counsel of record by using the CM/ECF:

Barry R. Eichen, Esq.
Daryl L. Zaslow, Esq.
EICHEN CRUTCHLOW ZASLOW & MCELROY, LLP
40 Ethel Road
Edison, New Jersey  08817

Edward D. Robertson III, Esq.
James P. Frickleton, Esq.
BARTIMUS, FRICKLETON, ROBERTSON & GORNY P.C.
11150 Overbrook Road, Suite 200
Leawood, Kansas  66211

*Interim Co-Lead Counsel for the Putative Class*

/s/ *Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM