# EICHEN CRUTCHLOW ZASLOW & McELROY, LLP
## ATTORNEYS AT LAW

BARRY R. EICHEN ⚖ §
WILLIAM O. CRUTCHLOW ⚖
DARYL L. ZASLOW ⚖
EDWARD McELROY
CHRISTIAN R. MASTONDREA ‡
EVAN ROSENBERG
MATTHEW R. EICHEN

40 Ethel Road
Edison, New Jersey 08817

Tel: (732) 777-0100
Fax: (732) 248-8273

www.newjerseymedmalattorney.com
www.njadvocates.com

AFFILIATE OFFICES
TOMS RIVER
RED BANK

February 27, 2013

**Via ECF**
Honorable Stanley R. Chesler
U.S. District Judge for the District of New Jersey
United States District Court,
District of New Jersey - Newark
50 Walnut Street
Newark, NJ 07101

  Re: Nickelodeon Consumer Privacy Litigation
     Civil Action No. 12-7829(SRC)(CLW)

Dear Judge Chesler:

  Defendants Google and Viacom filed individual Motions to Dismiss. If Plaintiffs were to respond to each Motion to Dismiss separately, Local Rule 7.2 permits 40 pages for each. Plaintiffs would prefer to file a single Omnibus Opposition to Defendants Motions to Dismiss. As such, Plaintiffs respectfully request Your Honor's permission to file a single Omnibus Opposition not to exceed 80 pages.

           Respectfully submitted,

           Evan Rosenberg

⚖  Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
Also Admitted To Practice Law In: ‡ New York, § Pennsylvania