# EICHEN CRUTCHLOW ZASLOW & McELROY, LLP
## ATTORNEYS AT LAW

BARRY R. EICHEN ⚖ §
WILLIAM O. CRUTCHLOW ⚖
DARYL L. ZASLOW ⚖
EDWARD McELROY
CHRISTIAN R. MASTONDREA ‡
EVAN ROSENBERG
MATTHEW R. EICHEN

40 Ethel Road
Edison, New Jersey 08817

Tel: (732) 777-0100
Fax: (732) 248-8273

www.newjerseymedmalattorney.com
www.njadvocates.com

AFFILIATE OFFICES
TOMS RIVER
RED BANK

September 5, 2014

*Via ECF*
Judge Stanley R. Chesler
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *In re: Nickelodeon Consumer Privacy Litigation*, Case No. 13-MD-2443 (SRC)

Dear Judge Chesler:

As per our teleconference with the Court on September 2, 2014, the parties have conferred and attached a Proposed Order for your Honor's consideration.

Sincerely,

Evan Rosenberg, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NICKELODEON CONSUMER PRIVACY LITIGATION | C.A. 13-MD-2443 (SRC) |
| | Judge Stanley R. Chesler |
| | ORDER |
| This Document Relates to: | |
| All Actions | |

**ORDER GRANTING LEAVE TO FILE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND BRIEFING SCHEDULE**

On this ____ day of September, 2014, the Court, having reviewed letters from counsel, hereby Orders the following:

1. Plaintiffs are granted leave to re-file their Amended Consolidated Class Action Complaint which shall only include claims for violation of the Video Privacy Protection Act against Defendant Viacom, violation of the New Jersey Computer Related Offenses Act against Defendants Viacom and Google, and intrusion upon seclusion against Defendants Viacom and Google;

2. For purposes of potential appeal, the Court hereby affirmatively states that plaintiffs have not abandoned any claim contained within their originally-filed Consolidated Class Action Complaint; and

3. Plaintiffs shall re-file their Amended Consolidated Class Action Complaint with this Court by Friday, September 12, 2014. Defendants shall file any dispositive motions in response to the Amended Consolidated Class Action Complaint within 30 days of Plaintiffs' filing. Plaintiffs shall file their response within 30 days of Defendants' dispositive motions, and Defendants shall file their replies within 15 days of Plaintiffs' response.

Hon. Stanley R. Chesler, U.S.J.