IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NICKELODEON CONSUMER PRIVACY LITIGATION | C.A. 12-7829 (SRC)(CLW) <br> MDL No. 2443 <br><br> Judge Stanley R. Chesler <br><br> NOTICE OF VOLUNTARY DISMISSAL |
| This Document Relates to: | |
| GODWIN v. GOOGLE et al (Case No. XXX | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff L.G., by and through her *Guardian ad Litem* Mary Godwin hereby give notice that the above-captioned individual case in the MDL is hereby dismissed against defendants Google Inc. and Viacom, Inc. without prejudice, with each side to bear their own costs and attorney fees.

WALKUP, MELODIA, KELLY & SCHOENBERGER

/s/ Khaldoun A. Baghdadi
KHALDOUN A. BAGHDADI (CA State Bar #190111)
650 California Street, 26th Floor
San Francisco, California 94108-2615
Telephone: (415) 981-7210
*Attorneys for Plaintiff's L. G. Godwin, et al.*

Dated: September 19, 2014

9/29/14
SO ORDERED
STANLEY R. CHESLER, U.S.D.J.