| | |
|---|---|
| Stephen M. Orlofsky<br>BLANK ROME, LLP<br>301 Carnegie Center, 3rd Floor<br>Princeton, NJ 08540<br>(609) 750-7700<br>orlofsky@BlankRome.com | Bruce P. Keller<br>Jeremy Feigelson<br>Kristin Lieske Bryan<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br>bpkeller@debevoise.com<br>jfeigelson@debevoise.com<br>klbryan@debevoise.com |

*Attorneys for Defendant Viacom, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: NICKELODEON CONSUMER PRIVACY LITIGATION<br><br>This Document Relates To: ALL CASES | MDL No. 2443<br><br>No. 2:12-cv-07829-SRC-CLW<br><br>Oral Argument Requested<br><br>Return Date: November 17, 2014<br><br>**NOTICE OF MOTION** |

To:

| | |
|---|---|
| Barry R. Eichen<br>Eichen Crutchlow Zaslow<br>    & McElroy, LLP<br>40 Ethel Road<br>Edison, NJ 08817<br>(732) 777-0100<br>beichen@njadvocates.com<br>*Attorney for Plaintiffs CAF, CTF,<br>    MP, TP, and AV* | Mary D. Winter<br>Bartimus Frickleton Robertson<br>    & Gorny<br>715 Swifts Highway<br>Jefferson City, MO 65109<br>(573) 659-4454<br>marywinter@earthlink.net<br>*Attorney for Plaintiffs CAF, CTF,<br>    MP, TP, AV, and NJ* |

Douglas A. Campbell
Frederick Donald Rapone
Campbell & Levine LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
(412) 261-0310
fdr@camlev.com
*Attorneys for Plaintiff K.T.*

Edward D. Robertson, III
James P. Frickleton
Bartimus Frickleton Robertson
    & Gorny PC
11150 Overbrook Road
Suite 200
Leawood, KS 66211
(913) 266-2300
jimf@bflawfirm.com
krobertson@bflawfirm.com
*Attorneys for Plaintiff NJ*

Kevin P. Green
Mark C. Goldenberg
Goldenberg Heller Antognoli & Rowland, P.C.
2227 South Route 157
P.O. Box 959
Edwardsville, IL 62025
(618) 656-5150
kevin@ghalaw.com
*Attorneys for Plaintiff T.M.*

Andrew Lyskowski
Bergmanis Law Firm, LLC
380 W Hwy 54, Suite 201
P.O. Box 229
Camdenton, MO 65020
(573) 346-2111
*Attorney for Plaintiff NJ*

Adam Q Voyles
Lubel Voyles LLP
5020 Montrose Blvd., Ste 800
Houston, TX 77006
(713) 284-5200
*Attorney for Plaintiff Stephanie Fryar*

Jeffrey J. Greenbaum
Joshua N. Howley
Sills Cummis & Gross, P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(673) 643-7000
jgreenbaum@sillscummis.com
jhowley@sillscummis.com
*Attorneys for Defendant Google, Inc.*

Tonia O. Klausner
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 497-7706
tklausner@wsgr.com
*Attorney for Defendant Google, Inc.*

      **PLEASE TAKE NOTICE** that, on November 17, 2014, or as soon thereafter as counsel

may be heard, Defendant Viacom, Inc., by and through its attorneys Debevoise & Plimpton LLP

and Blank Rome LLP, will move before the Honorable Stanley R. Chesler, United States District

Judge, for an Order granting Defendant's Motion to Dismiss the Second Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and for such other relief as the Court may award.

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, Defendant relies upon the arguments presented in the Memorandum of Law in Support of Defendant Viacom Inc.'s Motion to Dismiss the Second Consolidated Class Action Complaint, the pleadings of the record, and oral argument, which is specifically requested.  Also submitted herewith for the Court's consideration is a proposed form of Order.

DATED:  October 14, 2014　　　　　　　　　　DEBEVOISE & PLIMPTON LLP

　　　　　　　　　　　　　　　　　By:　　/s/ Bruce P. Keller　　　

Stephen M. Orlofsky　　　　　　　　　　Bruce P. Keller
BLANK, ROME, LLP　　　　　　　　　　Jeremy Feigelson
301 Carnegie Center, 3rd Floor　　　　　　DEBEVOISE & PLIMPTON LLP
Princeton, NJ 08540　　　　　　　　　　919 Third Avenue
(609) 750-7700　　　　　　　　　　　　New York, NY 10022
orlofsky@blankrome.com　　　　　　　　(212) 909-6000
　　　　　　　　　　　　　　　　　　　bpkeller@debevoise.com
　　　　　　　　　　　　　　　　　　　jfeigelson@debevoise.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Viacom, Inc.*