**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

**WILSON SONSINI GOODRICH & ROSATI P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

*Attorneys for Defendant Google Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE NICKELODEON CONSUMER PRIVACY LITIGATION | : : : : : : : : : | Civil Action No. 12-7829 (SRC)(CLW)<br><br>Honorable Stanley R. Chesler<br><br>**NOTICE OF MOTION OF DEFENDANT GOOGLE INC. TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED CLASS ACTION COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)** |
| This Document Relates to:<br>**All Actions** | | |

TO:  Barry R. Eichen, Esq.
     Daryl L. Zaslow, Esq.
     EICHEN CRUTCHLOW ZASLOW & MCELROY, LLP
     40 Ethel Road
     Edison, New Jersey 08817

     Edward D. Robertson III, Esq.
     James P. Frickleton, Esq.
     BARTIMUS, FRICKLETON, ROBERTSON & GORNY P.C.
     11150 Overbrook Road, Suite 200
     Leadwood, Kansas 66211

     *Interim Co-Lead Counsel for the Putative Class*

PLEASE TAKE NOTICE that pursuant to the September 19, 2014 Order of this Court, Defendant Google Inc., by and through its undersigned attorneys, will move on December 15, 2014 at 10:00 am, or at such other date and time as may be set by the Court, before the Hon. Stanley R. Chesler, U.S.D.J., United States District Court, District of New Jersey, Frank R. Lautenberg Post Office & Courthouse, 2 Federal Square, Newark, New Jersey 07101, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Second Consolidated Class Action Complaint with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of its motion, Defendant Google Inc. will rely upon the accompanying Brief and the Declaration of Jeffrey Greenbaum. A proposed form of Order is also being submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendant Google Inc. hereby requests oral argument.

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000

By: */s/ Jeffrey J. Greenbaum*
Jeffrey J. Greenbaum
jgreenbaum@sillscummis.com

Colleen Bal (admitted *pro hac vice*)
Michael H. Rubin (admitted *pro hac vice*)
**WILSON SONSINI GOODRICH**
  **& ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
cbal@wsgr.com
mrubin@wsgr.com

*Attorneys for Defendant Google Inc.*

Dated: October 14, 2014