# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: NICKELODEON CONSUMER PRIVACY LITIGATION | Circuit Court Docket No. _____ |
| | MDL No. 2443 |
| | District Docket No. 2:12-cv-07829 |
| | District Court Judge: Stanley R. Chesler |
| This Document Relates to: | |
| All Actions | NOTICE OF APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS |

Notice is hereby given that MDL Class Plaintiffs appeal to the United States Court of Appeals for the Third Circuit from an Order entered in this action on January 20, 2015.

Date: February 13, 2015

By: /s/ Barry R. Eichen

Barry R. Eichen
**EICHEN CRUTCHLOW ZASLOW & McELROY**
40 Ethel Road
Edison, NJ 08817
Telephone: (732) 777-0100
Facsimile: (732) 248-8273

*Co-Lead Counsel on behalf of Plaintiffs*

(Please see additional sheets for appellants and appellees counsel)

**2:12-cv-07829** In Re: Nickelodeon Consumer Privacy Litigation

# Attorneys for Appellants
(representing AV, CAF, CTF, MP, TP, KT, NJ, TM, and Stephanie Fryar)

Barry R. Eichen
Evan J. Rosenberg
**EICHEN CRUTCHLOW ZASLOW & McELROY**
40 Ethel Road
Edison, NJ 08817
Telephone: (732) 777-0100
beichen@njadvocates.com
erosenberg@njadvocates.com

James P. Frickleton
Edward D. Robertson III
**BARTIMUS FRICKLETON ROBERTSON & GOZA, PC**
11150 Overbrook Rd., Suite 200
Leawood, KS 66211
Telephone: (913) 266-2300
jimf@bflawfirm.com
krobertson@bflawfirm.com

Edward D. Robertson, Jr.
Mary D. Winter
**BARTIMUS FRICKLETON ROBERTSON & GOZA, PC**
715 Swifts Highway
Jefferson City, MO 65109
Telephone: (573) 659-4454
chiprob@earthlink.com
marywinter@earthlink.com

Thomas Rosenfeld
**GOLDENBERG HELLER ANTOGNOLI & ROWLAND PC**
2227 South State Route 157
Edwardsville, IL 62025
618-656-5150
tom@ghalaw.com

Adam Voyles
**LUBEL VOYLES LLP**
5200 Montrose Blvd., Suite 800
Houston, TX 77086
713-284-5200
Adam@lubelvoyles.com

Douglas Campbell
Frederick Donald Rapone
**CAMPBELL & LEVINE LLC**
1700 Grant Building
Pittsburgh, PA  15219
(412) 261-0310
dac@camlev.com
fdr@camlev.com

Jay Barnes
**BARNES & ASSOCIATES**
219 East Dunklin St.
Jefferson City, MO  65101
jaybarnes5@zoho.com

Andrew Lyskowski
**BERGMANIS LAW FIRM LLC**
380 West US Highway 54, Suite 201
Camdenton, MO  65020
(573) 346-2111
alyskowski@ozarklawcenter.com

MARK C. GOLDENBERG
Kevin P. Green
**GOLDENBERG HELLER ANTOGNOLI & ROWLAND PC**
2227 SOUTH ROUTE 157
P.O. BOX 959
EDWARDSVILLE, IL 62025
(618)656-5150
kevin@ghalaw.com

# Attorneys for Appellees

**ATTORNEYS FOR DEFENDANT VIACOM, Inc.**

Stephen M. Orlofsky
Seth J. Lapidow
BLANK, ROME, LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
orlofsky@blankrome.com
lapidow@blankrome.com

Bruce P. Keller
Jeffrey S. Jacobson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
bpkeller@debevoise.com
jsjacobs@debevoise.com

**ATTORNEYS FOR GOOGLE, INC.**

Jeffrey J. Greenbaum
Joshua N. Howley
SILLS CUMMIS & GROSS PC
One Riverfront Plaza
Newark, NJ 07102-5400
jgreenbaum@sillscummis.com
jhowley@sillscummis.com

Colleen Bal
Michael H. Rubin
WILSON SONSINI GOODRICH & ROSATI, PC
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
cbal@wsgr.com
mrubin@wsgr.com

Tonia O. Klausner
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
tklausner@wsger.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of New Jersey by using the CM/ECF system. I certify that for all participants in the case that are registered CM/ECF users, and service will be accomplished via the CM/ECF system.

Date: February 13, 2015                     By: /s/ Barry R. Eichen

                                                          Barry R. Eichen
                                                          **EICHEN CRUTCHLOW**
                                                          **ZASLOW & McELROY**
                                                          40 Ethel Road
                                                          Edison, NJ 08817
                                                          Telephone: (732) 777-0100
                                                          Facsimile: (732) 248-8273

                                                          *Co-Lead Counsel on behalf of Plaintiffs*